# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| BRIAN DARNELL CASEY, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 6:19-cv-00873-ACA-SGC |
| ) | |
| ADMINISTRATOR CALLOWAY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Brian Darnell Casey, Sr. seeks federal habeas relief under 28 U.S.C. § 2241.  The magistrate judge entered a report on April 23, 2021, recommending this action be dismissed without prejudice based on *Younger* abstention and Mr. Casey's failure to exhaust available state remedies.  (Doc. 8) (citing *Younger v. Harris*, 401 U.S. 37 (1971)).  The magistrate judge advised Mr. Casey of his right to file specific written objections within fourteen days, but he has not done so.

Having carefully reviewed and considered *de novo* all the materials in the case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.  (Doc. 8).  The court **WILL DISMISS** this matter **WITHOUT PREJUDICE** based on both *Younger* abstention and Mr. Casey's failure to exhaust available state remedies.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this May 18, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE